Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
ODFJELL SEACHEM A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ODFJELL SEACHEM A/S,

                Plaintiff,

          -against-

CONTINENTAL DE PETROLS ET INVESTMENTS SA
a/k/a CONTINENTALE DES PETROLES ET
D'INVESTISSEMENTS a/k/a CPI SA, and
SOCIETE NATIONALE DE COMMERCIALISATION DES
PRODUITS SA a/k/a SOCIETE NATIONALE DE
COMMERCIALISATION DE PRODUITS
PETROLIERS a/k/a SONACOP,

               Defendants.

08 Civ. 5024 (RAKOFF)

**CORPORATE
DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE
FEDERAL RULES
OF CIVIL PROCEDURE**

      I, Michael J. Frevola, attorney for Plaintiff Odfjell Seachem A/S, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Odfjell Seachem A/S is not publicly traded and it is 100% owned by Odfjell ASA, which is publicly traded on both the New York and Oslo stock exchanges.

Dated:    New York, New York
         May 30, 2008

                    HOLLAND & KNIGHT LLP

         By:
                    Michael J. Frevola
                    195 Broadway
                    New York, NY 10007-3189
                    Tel:   (212) 513-3200
                    Fax:  (212) 385-9010

                    *Attorneys for Plaintiff Odfjell Seachem A/S*