*RAKoff, J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/2/08_

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ODFJELL SEACHEM A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ODFJELL SEACHEM A/S,

           Plaintiff,

           -against-

CONTINENTAL DE PETROLS ET INVESTMENTS SA
a/k/a CONTINENTALE DES PETROLES ET
D'INVESTISSEMENTS a/k/a CPI SA, and
SOCIETE NATIONALE DE COMMERCIALISATION DES
PRODUITS SA a/k/a SOCIETE NATIONALE DE
COMMERCIALISATION DE PRODUITS
PETROLIERS a/k/a SONACOP,

           Defendants.

---

08 Civ. _5024 (RAKOFF)_

**ORDER APPOINTING
PERSON TO
SERVE PROCESS**

    **UPON** application of Plaintiff Odfjell Seachem A/S for an Order appointing Elvin

Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service,

or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons,

Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it

appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of

Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a

party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:    New York, New York
          _____6/2/_____, 2008


                    SO ORDERED

                    _____
                                U.S.D.J.

# 5370476_v1

2