Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ODFJELL SEACHEM A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ODFJELL SEACHEM A/S, <br><br> Plaintiff, <br><br> -against- <br><br> CONTINENTAL DE PETROLS ET INVESTMENTS SA a/k/a CONTINENTALE DES PETROLES ET D'INVESTISSEMENTS a/k/a CPI SA, and SOCIETE NATIONALE DE COMMERCIALISATION DES PRODUITS SA a/k/a SOCIETE NATIONALE DE COMMERCIALISATION DE PRODUITS PETROLIERS a/k/a SONACOP, <br><br> Defendants. | 08 Civ. 5024 (RAKOFF) <br><br> **AFFIDAVIT IN SUPPORT OF REQUEST FOR AN ORDER APPOINTING PERSONS TO <u>SERVE PROCESS</u>** |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Michael J. Frevola, being duly sworn, deposes and says:

1.  I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Odfjell Seachem A/S ("Plaintiff"), and I am duly admitted to practice before the United States

District Court for the Southern District of New York. I am fully familiar with all the facts in the above case.

2. This affidavit is made in support of Plaintiff's application for an Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3. The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Michael J. Frevola

Sworn to before me this
30th day of May, 2008

_____
Notary Public

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010____

# 5370469_v1