CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ODFJELL SEACHEM A/S,

                Plaintiff,                    08-CV-5024

               v.                         **NOTICE OF APPEARANCE**

CONTINENTAL DE PETROLS ET
INVESTMENTS SA a/k/a CONTINENTALE DES
PETROLES ET D'INVESTISSEMENTS a/k/a
CPI SA, and SOCIETE NATIONALE DE
COMMERCIALISATION DE PRODUITS
PETROLIERS a/k/a SONACOP,

                Defendants.
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 23, 2008

                                  CLARK, ATCHESON & REISERT
                                  Attorneys for Garnishee
                                  Societe Generale New York Branch

                By:     */s/ Richard J. Reisert*
                                  Richard J. Reisert (RR-7118)
                                  7800 River Road
                                  North Bergen, NJ 07047
                                  Tel: (201) 537-1200
                                  Fax: (201) 537-1201