*[handwritten notation]*

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
michael.frevola@hklaw.com
lissa.schaupp@hklaw.com

ATTORNEYS FOR PLAINTIFF
ODFJELL SEACHEM A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ODJFELL SEACHEM A/S, | |
| Plaintiff, | 08 Civ. 5024 (JSR) |
| -against- | **TURNOVER ORDER AND ORDER CLOSING CASE** |
| CONTINENTAL DE PETROLS ET INVESTMENTS a/k/a CONTINENTALE DES PETROLES ET D'INVESTISSEMENTS a/k/a CPI SA, and SOCIETE NATIONALE DE COMMERCIALISATION DES PRODUITS SA a/k/a SOCIETE NATIONALE DE COMMERCIALISATION DE PRODUITS PETROLIERS a/k/a SONACOP, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-09

**WHEREAS THE COURT** has issued a Default Judgment dated January 22, 2009 in favor of Odfjell Seachem A/S ("Odfjell") against Societe Nationale De Commercialisation Des Produits SA ("SONACOP") in the amount of $787,141.28 in this matter;

WHEREAS the amount of $787,141.28 has been attached by garnishees in this district in the following amounts: (1) $393,845.00 at Citibank, N.A.; and (2) $393,296.28 at Deutsche Bank Trust Company Americas (collectively, the "Attached Funds");

WHEREAS Holland & Knight LLP, counsel for Odfjell, has requested that this Court issue a turnover order releasing the Attached Funds to satisfy Odfjell's Default Judgment;

IT IS HEREBY ORDERED that the Attached Funds are turned over to Odfjell's ownership while in the possession of Citibank, N.A. and Deutsche Bank Trust Company Americas, which Attached Funds are to be released in accordance with remittance details for Odfjell that will be provided to Citibank, N.A. and Deutsche Bank Trust Company Americas; and

IT IS FURTHER ORDERED that the Attached Funds shall not be subject to any attachment in New York or otherwise when being released by Citibank, N.A. and Deutsche Bank Trust Company Americas, pursuant to this Order, when en route to the account of Odfjell;

IT IS FURTHER ORDERED that the Clerk is to close this case subject to being reopened within 30 days if any issues arise concerning the receipt of the Attached Funds by Odfjell or otherwise.

**SO ORDERED:**

_____
U.S.D.J.

1-30-09

# 6042348_v1